### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**ROBERT D. HIRSCHLER,** *et al.*                                           **PLAINTIFFS**

**VERSUS**                                **CIVIL ACTION NO. 1:23-CV-00374-HSO-BWR**

**JEFFREY A. BROCHARD,** *et al.*                                       **DEFENDANTS**

### MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT

**COMES NOW**, the Defendants Jeffrey A. Brochard, Nona E. Brochard, Joe Langlinais, Doe 1, Doe 2 and Doe 3 and respectfully requests that the Court enter an Order granting them leave to file the proposed Amended Complaint for Wrongful and Negligent Foreclosure, Negligence in General, Declaratory Judgment and Other Equitable Relief against Robert D. Hirschler and Sherry Rae Hirschler (the Plaintiffs), a copy of which is attached to this Motion as Exhibit "A" pursuant to Rule 15 of the Federal Rules of Civil Procedure.

### I.

That it has become necessary to amend the Complaint for Wrongful and Negligent Foreclosure, Negligence in General, Declaratory Judgment and Other Equitable Relief to remove any reference to federal statutes.

### II.

For other good causes to be shown at a hearing hereon.

### III.

Accordingly, the Defendants respectfully request this Honorable Court to grant them leave to file the attached Amended Complaint.  See Exhibit "A".

**WHEREFORE PREMISES CONSIDERED**, the Defendants pursuant to Rule 15 of the Federal Rules of Civil Procedure respectfully requests this Honorable Court grant them leave to file the attached Amended Complaint against the Plaintiffs.

**RESPECTFULLY SUBMITTED**, this the 25th day of March, 2024.

                                       **JEFFREY A. BROCHARD, NONA E. BROCHARD**
                                       **JOE LANGLINAIS, DOE 1, DOE 2 AND DOE 3,**
                                       Defendants

By:    */s/Henry B. Zuber III*
          **HENRY B. ZUBER III**, Attorney

**CERTIFICATE OF SERVICE**

I, Henry B. Zuber III, do hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

**THIS** the 25th day of March, 2024.

                                         */s/Henry B. Zuber III*
                                       **HENRY B. ZUBER III**

**Prepared by:**
**Henry B. "Hank" Zuber III**
**ZUBER LAW FIRM, INC**.
6913 Washington Avenue
Ocean Springs, MS  39564
(228) 875-1097 - Office
(228) 400-1404 - Fax
**MSB# 9534**